**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MICHELLE RIVERA,

        Plaintiff,

v.                                                         CV No. 19-625 CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Michelle Rivera's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 16), filed November 19, 2019. After reviewing the Motion and noting it is unopposed, the Court finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **December 19, 2019**, to file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum, Defendant shall have until **February 21, 2020**, to file a Response, and Plaintiff may have until **March 6, 2020**, to file a Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE