# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHELLE RIVERA,
        Plaintiff,

v.                                               CV No. 19-625 CG

ANDREW SAUL, Commissioner
of the Social Security Administration,
        Defendant.

## ORDER GRANTING MOTION FOR EXTENSION

**THIS MATTER** is before the Court on Plaintiff Michelle Rivera's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 18), filed December 19, 2019. In the Motion, Plaintiff requests a thirty-day extension to file her Motion to Remand. (Doc. 18 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until January 17, 2020, to file her Motion to Remand; Defendant Commissioner shall have until March 17, 2020, to file a Response to Plaintiff's *Motion to Remand*; and Plaintiff shall have until March 31, 2020, to file a Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE