IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHELLE RIVERA,

       Plaintiff,

v.                                                                     No. CV 19-625 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

       Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO REVERSE AND REMAND

**THIS MATTER** is before the Court on Defendant Commissioner's *Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g)*, (Doc. 24), filed March 30, 2020. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and shall be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE